**Walter Columbus SIMMONS, Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA DEPARTMENT OF CORRECTION, Defendant–Appellee.**

No. 13–7754.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 20, 2013.

Walter Columbus Simmons, Appellant Pro Se.

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Columbus Simmons appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. State of N.C. Dep't of Corr.,* No. 1:13–cv–00684–WO–JLW (M.D.N.C. Oct. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*